IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KELVIN SIMMONS, | ) | CIVIL NO. 14-00403 HG-RLP |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MA. CHRISTINE JOY DE JESUS, | ) | |
| aka MA. CHRISTINE JOY | ) | |
| SIMMONS, aka CHRISTINE JOY | ) | |
| SIMMONS, aka JOY DE JESUS, | ) | |
| aka MARIA JOY DE JESUS, | ) | |
| | | |
| Defendants. | | |

_____

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF No. 7)

Findings and Recommendation having been filed and served on all parties on September 12, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (ECF No. 7) that the District Court Dismiss the Complaint With Leave to Amend and Deny Plaintiff's Application To Proceed Without Prepaying

//

//

//

Fees  are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: October 2, 2014, Honolulu, Hawaii.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge